### Kenneth W. DUNCAN, Claimant–Appellant,

v.

### Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2008–7143.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2009.

Christopher Aldo Porco, The Law Offices of Christopher Aldo Porco, PLLC, of Washington, DC, argued for claimant-appellant.

Kenneth Dintzer, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, Martin F. Hockey, Jr., Assistant Director, and Sean M. Dunn, Attorney. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Christa A. Childers, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Before LOURIE, DYK and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.